BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2746

Attorneys for UNITED STATES OF AMERICA

**FILED**

SEP 28 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:12-MJ--252   EFB

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-mj- |
| Plaintiff, | **REQUEST TO SEAL AND [PROPOSED] ORDER** |
| v. | |
| MARTIN WAYNE FLANDERS, and LIGIA SANDOVAL SPAFFORD, | **UNDER SEAL** |
| Defendants. | |

The United States hereby applies for an order directing that the criminal complaint, the supporting affidavit, and the arrest warrants in the above-titled matter, together with this application, and this Court's sealing order, be kept under seal until further order of the Court. The United States requests that the above-described materials be sealed to preserve the confidentiality of the ongoing investigation described in the affidavit and to prevent individuals form learning of the existence of the warrants and order prior to their execution.

Request and [Proposed] Order to Seal                     1

WHEREFORE, I respectfully request that the Court issue an order granting this application.

Dated: September 28, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Todd A. Pickles

TODD A. PICKLES
Assistant U.S. Attorney

### [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The criminal complaint, the supporting affidavit, and the arrest warrants in the above-titled matter, together with this application, and this Court's sealing order, be kept under seal until further order of the Court. The executing agents or officers are permitted to provide a copy of the arrest warrant as required by Federal Rule of Criminal Procedure 41(f).

IT IS SO ORDERED.

DATED:

Honorable Edmund F. Brennan
United States Magistrate Judge