**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MARTIN FLANDERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-12-363-TLN |
| ) | |
| PLAINTIFF, ) | AGREEMENT AND STIPULATION OF THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, AUGUST 29, 2013 WITH TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT AND **ORDER** |
| v. ) | |
| MARTIN FLANDERS, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

    The parties to this litigation, the United States of America, represented by

Assistant United States Attorney, Todd A. Pickles, and for the defendants:

Dina L. Santos representing Ligia Sandoval Spafford and James R. Greiner

representing Martin Flanders, hereby agree and stipulate to the following[1]:

    1- By previous order, this matter was set for status on Wednesday, June 26,

2013 (See Docket # 27). Then the Chief District Court Judge Morrison C. England,

Jr., issued an order reassigning the case to the Honorable District Court Judge Troy L.

Nunley (See Docket # 31). Honorable District Court Judge Nunley then issued an

Order setting the case for further status conference on Thursday, June 20, 2013. (See

Docket # 36)

---

[1]The government requested that the format presented in this stipulation be used by the parties.

1

2. By this Stipulation, the defendants collectively now move to continue the status conference until **Thursday, August 29 , 2013** and to exclude time pursuant to the Speedy Trial Act between **Thursday, June 20, 2013 and Thursday, August 29, 2013, under Local Code T-4 (time for adequate attorney preparation)**. The government has produced the following discovery in the case: 1- 200 hundred pages of paper discovery as the initial discovery; 2- 8 banker boxes of documents located at the Sacramento FBI office have been scanned by the defense copy service and is being put on CD's which should be available to the defense the week of June 17-21, 2013; 3- One 3 Tera bite External Hard drive that the FBI put the information from the 7 office computers. The government based on the amount of discovery to date, does not oppose this request. In addition, the defense has not begun the review of the 8 banker boxes of documents, and the defense is still under taking the sorting, understanding and review of the 3 Tera Bite external Hard drive of information that the FBI produced regarding the 7 office computers.

3. The parties agree and stipulate to the following and request the Court to find the following:

a. The government has produced discovery to date which consists of:

1- 200 hundred pages of paper discovery as the initial discovery;

2- 8 banker boxes of documents located at the Sacramento FBI office have been scanned by the defense copy service and is being put on CD's which should be available to the defense the week of June 17-21, 2013;

3- One 3 Tera bite External Hard drive that the FBI put the information from the 7 office computers.

b. Counsel for both defendants need additional time, first to sort and understand what the information is on the 3 Tera Bite External Hard drive and second counsel for both defendants need additional time to start the reviewing process of the 8 banker boxes of documents that were scanned the week of June 10-

14, 2013 and third counsel for both defendants needs additional time to review  all of the discovery with their respective clients so that any decision either defendant makes is a knowing, informed, intentional and voluntary decision. Further both counsel for the defendants needs additional time  to conduct investigation in this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires.

d. Counsel for both defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government, based on all of the above, does not object to the continuance.

f. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period **from Thursday, June 20, 2013, 2012 to Thursday, August 29, 2013, inclusive**, is deemed excludable  pursuant to **Title 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) corresponding to Local Code T-4**, because it results from a continuance granted by the Court at defendants' request on the basis of the **Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

3

IT IS SO AGREED TO AND  STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 6-17-13                    /s/ Todd A. Pickles
_____
Todd A. Pickles
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 6-17-13                    /s/ Dina L. Santos
_____
Dina L. Santos
Attorney for Defendant
Ligia Sandoval Spafford

DATED: 6-17-13                    /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Martin Flanders

///

///

///

4

**ORDER**

**IT IS SO FOUND AND ORDERED**.

DATED:      June 19, 2013

Troy L. Nunley
United States District Judge