**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MARTIN FLANDERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-12-363 TLN |
| ) | |
| PLAINTIFF, ) | AGREEMENT AND STIPULATION OF THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, DECEMBER 19, 2013 WITH TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT AND **ORDER** |
| ) | |
| v. ) | |
| ) | |
| MARTIN FLANDERS, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

    The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Todd A. Pickles, and for the defendants: Dina L. Santos representing Ligia Sandoval Spafford and James R. Greiner representing Martin Flanders, hereby agree and stipulate to the following[1]:

    1- By previous order, this matter was set for status on Thursday, August 29, 2013 (See Docket # 38).

    2. By this Stipulation, the defendants collectively now move to continue the status conference until **Thursday, December 19 , 2013, at 9:30 a.m.,** and to exclude time pursuant to the Speedy Trial Act between **Thursday, August 29, 2013 and Thursday, December 19, 2013, under Local Code T-4 (time for adequate**

---

[1] The government requested that the format presented in this stipulation be used by the parties.

1

1  **attorney preparation)**. The government has produced the following discovery in the
2  case:
3            1- 200 hundred pages of paper discovery as the initial discovery;
4            2- 8 banker boxes of documents located at the Sacramento FBI office
5            have been scanned by the defense copy service and is being put on CD's;
6            3- One 3 Tera bite External Hard drive that the FBI put the information
7            from the 7 office computers. The government based on the amount of
8            discovery to date, does not oppose this request. In addition, the defense
9            has begun but not completed either the review of the 8 banker boxes of
10           documents on CD's or the sorting, understanding and review of the 3
11           Tera Bite external Hard drive of information that the FBI produced
12           regarding the 7 office computers.
13       3. The parties agree and stipulate to the following and request the Court to find
14  the following:
15           a. The government has produced discovery to date which consists of:
16            1- 200 hundred pages of paper discovery as the initial discovery;
17            2- 8 banker boxes of documents located at the Sacramento FBI office
18           have been scanned by the defense copy service and is being put on CD's
19           which should be available to the defense the week of June 17-21, 2013;
20           3- One 3 Tera bite External Hard drive that the FBI put the information
21           from the 7 office computers.
22           b. Counsel for both defendants need additional time, first to sort and
23  understand what the information is on the 3 Tera Bite External Hard drive and
24  second counsel for both defendants need additional time to start the reviewing
25  process of the 8 banker boxes of documents that were scanned the week of June 10-
26  14, 2013 and third counsel for both defendants needs additional time to review all of
27  the discovery with their respective clients so that any decision either defendant makes
28

1  is a knowing, informed, intentional and voluntary decision. Further both counsel for
2  the defendants needs additional time  to conduct investigation in this case, do
3  research, which includes legal research, in this case, and to otherwise do review and
4  investigation, using due diligence, that this complex case requires.
5         d. Counsel for both defendants represents that the failure to grant the
6  above requested continuance would deny counsel for each individual defendant the
7  reasonable time necessary for effective preparation, taking into account the exercise
8  of due diligence.
9         e. The government, based on all of the above, does not object to the
10 continuance.
11        f. Based on the above stated findings, the ends of justice served by
12 continuing the case as requested outweigh the interest of the public and all the
13 defendants in a trial within the original date prescribed by the Speedy Trial Act.
14        g. For the purpose of computing the time under the Speedy Trial Act,
15 Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time
16 period **from Thursday, August 29, 2013, 2012 to Thursday, December 19, 2013,**
17 **inclusive**, is deemed excludable  pursuant to **Title 18 U.S.C. section 3161(h)(7)(A)**
18 **and (B)(iv) corresponding to Local Code T-4**, because it results from a continuance
19 granted by the Court at defendants' request on the basis of the **Court's finding that**
20 **the ends of justice served by taking such action outweigh the best interest of the**
21 **public and all of the defendants in a speedy trial.**
22     4. Nothing in this stipulation and order shall preclude a finding that other
23 provisions of the Speedy Trial Act dictate that additional time periods are excludable
24 from the period within which a trial must commence.
25     IT IS SO AGREED TO AND  STIPULATED.
26     Each attorney has granted James R. Greiner full authority to sign for each
27 individual attorney.
28

Respectfully submitted:

                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

DATED: 8-22-13         /s/ Todd A. Pickles
                              _____
                              Todd A. Pickles
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEY FOR THE PLAINTIFF

DATED: 8-22-13         /s/ Dina L. Santos
                              _____
                              Dina L. Santos
                              Attorney for Defendant
                              Ligia Sandoval Spafford

DATED: 8-22-13         /s/ James R. Greiner
                              _____
                              James R. Greiner
                              Attorney for Defendant
                              Martin Flanders

## ORDER

**IT IS SO FOUND AND ORDERED**.

DATED:    August 26, 2013

                              _____
                              Troy L. Nunley
                              United States District Judge