JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MARTIN FLANDERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-12—363—TLN |
| ) | |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| ) | OF THE PARTIES TO CONTINUE |
| v. ) | THE STATUS CONFERENCE TO |
| ) | THURSDAY, MARCH 20, 2014 |
| MARTIN FLANDERS, et al., ) | WITH EXCLUSION OF TIME |
| ) | UNDER THE SPEEDY TRIAL |
| ) | ACT; **ORDER** |
| DEFENDANTS. ) | |
| _____) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Todd A. Pickles, and for the defendants:

1

Dina L. Santos representing Ligia Sandoval Spafford and James R. Greiner representing Martin Flanders, hereby agree and stipulate to the following[1]:

1- By previous order, this matter was set for status on Thursday, December 19, 2013 (See Docket # 45).

2. By this Stipulation, the defendants collectively now move to continue the status conference until **Thursday, March 20, 2014, at 9:30 a.m.,** and to exclude time pursuant to the Speedy Trial Act between **Thursday, December 19, 2013 and Thursday, March 20, 2014, under Local Code T-4 (time for adequate attorney preparation).** The government has produced the following discovery in the case:

    1- 200 hundred pages of paper discovery as the initial discovery;

    2- 8 banker boxes of documents located at the Sacramento FBI office have been scanned by the defense copy service and is being put on CD's; 3- One 3 Tera bite External Hard drive that the FBI put the information from the 7 office computers. The government based on the amount of discovery to date, does not oppose

---

[1] The government requested that the format presented in this stipulation be used by the parties.

this request. In addition, the defense has begun but not completed either the review of the 8 banker boxes of documents on CD's or the sorting, understanding and review of the 3 Tera Bite external Hard drive of information that the FBI produced regarding the 7 office computers.

       3. The parties agree and stipulate to the following and request the Court to find the following:

        a. The government has produced discovery to date which consists of:

        1- 200 hundred pages of paper discovery as the initial discovery;

        2- 8 banker boxes of documents located at the Sacramento FBI office have been scanned by the defense copy service and is being put on CD's which should be available to the defense the week of June 17-21, 2013; 3- One 3 Tera bite External Hard drive that the FBI put the information from the 7 office computers.

        b. Counsel for both defendants need additional time, first to sort and understand what the information is on the 3 Tera Bite External Hard drive and  second counsel for both defendants need additional time to start the reviewing process of the 8 banker boxes of documents that were scanned the week of June

10-14, 2013 and third counsel for both defendants needs additional time to review all of the discovery with their respective clients so that any decision either defendant makes is a knowing, informed, intentional and voluntary decision. Further both counsel for the defendants needs additional time to conduct investigation in this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires. In addition, counsel for the defendants need additional time regarding the information that is contained on the 3 Tera Bite External Hard drive in both retrieving the information and then reviewing the information with the respective clients.

      d. Counsel for both defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e. The government, based on all of the above, does not object to the continuance.

      f. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all

the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period **from Thursday, December 19, 2013, to Thursday, March 20, 2014, inclusive,** is deemed excludable pursuant to **Title 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) corresponding to Local Code T-4,** because it results from a continuance granted by the Court at defendants' request on the basis of the **Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO AGREED TO AND STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

        BENJAMIN B. WAGNER
        UNITED STATES ATTORNEY

```
DATED: 12-16-13    /s/ Todd A. Pickles
                   _____
                   Todd A. Pickles
                   ASSISTANT UNITED STATES ATTORNEY
                   ATTORNEY FOR THE PLAINTIFF

DATED: 12-16-13    /s/ Dina L. Santos
                   _____
                   Dina L. Santos
                   Attorney for Defendant
                   Ligia Sandoval Spafford


DATED: 12-16-13    /s/ James R. Greiner
                   _____
                   James R. Greiner
                   Attorney for Defendant
                   Martin Flanders
```

**ORDER**

**IT IS SO FOUND AND ORDERED.**

Dated: December 18, 2013

_____
Troy L. Nunley
United States District Judge