JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MARTIN FLANDERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-12—363—TLN |
| ) | |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| ) | OF THE PARTIES TO CONTINUE |
| v. ) | THE STATUS CONFERENCE TO |
| ) | THURSDAY, MAY 29, 2014 |
| MARTIN FLANDERS, et al., ) | WITH EXCLUSION OF TIME |
| ) | UNDER THE SPEEDY TRIAL |
| ) | ACT; **ORDER** |
| DEFENDANTS. ) | |
| _____) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Todd A. Pickles, and for the defendants:

1

Dina L. Santos representing Ligia Sandoval Spafford and James R. Greiner representing Martin Flanders, hereby agree and stipulate to the following[1]:

    1- By previous order, this matter was set for status on Thursday, March 20, 2014 (See Docket # 45).

    2. By this Stipulation, the defendants collectively now move to continue the status conference until **Thursday, May 29, 2014, at 9:30 a.m.,** and to exclude time pursuant to the Speedy Trial Act between **Thursday, March 20, 2014 and Thursday, May 29, 2014, under Local Code T-4 (time for adequate attorney preparation).** The government has produced the following discovery in the case:

    a- 200 hundred pages of paper discovery as the initial discovery;

    b- 8 banker boxes of documents located at the Sacramento FBI office have been scanned by the defense copy service and is being put on CD's; 3- One 3 Tera bite External Hard drive that the FBI put the information from the 7 office computers. The government based on the amount of discovery to date, does not oppose

---

[1] The government requested that the format presented in this stipulation be used by the parties.

this request. In addition, the defense has continued to but not completed either the review of the 8 banker boxes of documents on CD's or the sorting, understanding and review of the 3 Tera Bite external Hard drive of information that the FBI produced regarding the 7 office computers.

    3. The parties agree and stipulate to the following and request the Court to find the following:

        a. The government has produced discovery to date which consists of:

            1- 200 hundred pages of paper discovery as the initial discovery;

            2- 8 banker boxes of documents located at the Sacramento FBI office have been scanned by the defense copy service and is being put on CD's which should be available to the defense the week of June 17-21, 2013; 3- One 3 Tera bite External Hard drive that the FBI put the information from the 7 office computers.

        b. Counsel for both defendants need additional time, first to sort and

3

understand what the information is on the 3 Tera Bite External Hard drive and  second counsel for both defendants need additional time to start the reviewing process of the 8 banker boxes of documents that were scanned the week of June 10-14, 2013 and third counsel for both defendants needs additional time to review  all of  the discovery with their respective clients so that any decision either defendant makes is a knowing, informed, intentional and voluntary decision. Further both counsel for the defendants needs additional time  to conduct investigation in this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires. In addition, counsel for the defendants need additional time regarding the information that is contained on the 3 Tera Bite External Hard drive in both retrieving the

          information and then reviewing the information with the respective clients.

          c. Counsel for both defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

          d. The parties need additional time to explore any possibility of resolving this case short of trial which would be both a cost savings to this Court allowing this Court to expend its valuable resources on other matters and a cost savings to the government allowing the government to expend its valuable resources on other matters.

    4. The government, based on all of the above, does not object to the continuance.

    5. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all

1  the defendants in a trial within the original date
2  prescribed by the Speedy Trial Act.
3         6. For the purpose of computing the time
4  under the Speedy Trial Act, Title 18 U.S.C. section
5  3161, et seq., within which trial must commence, the
6  time period **from Thursday, March 20, 2014 to Thursday,**
7  **May 29, 2014, inclusive**, is deemed excludable pursuant
8  to **Title 18 U.S.C. section 3161(h)(7)(A) and (B)(iv)**
9  **corresponding to Local Code T-4,** because it results
10 from a continuance granted by the Court at defendants'
11 request on the basis of the **Court's finding that the**
12 **ends of justice served by taking such action outweigh**
13 **the best interest of the public and all of the**
14 **defendants in a speedy trial.**
15
16         7. Nothing in this stipulation and order
17 shall preclude a finding that other provisions of the
18 Speedy Trial Act dictate that additional time periods
19 are excludable from the period within which a trial
20 must commence.
21    IT IS SO AGREED TO AND STIPULATED.
22
23
    ///
24
    ///
25
26  ///
27
28

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

        BENJAMIN B. WAGNER
        UNITED STATES ATTORNEY

DATED: 3-18-14   /s/ Todd A. Pickles
        _____
        Todd A. Pickles
        ASSISTANT UNITED STATES ATTORNEY
        ATTORNEY FOR THE PLAINTIFF

DATED: 3-18-14   /s/ Dina L. Santos

        _____
        Dina L. Santos
        Attorney for Defendant
        Ligia Sandoval Spafford

DATED: 3-18-14   /s/ James R. Greiner
        _____
        James R. Greiner
        Attorney for Defendant
        Martin Flanders

**ORDER**

**IT IS SO FOUND AND ORDERED.**

Dated: March 18, 2014

        _____
        Troy L. Nunley
        United States District Judge