Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
Ligia Sandoval Spafford

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIGIA SANDOVAL SPAFFORD,<br><br>Defendant. | CASE NO. 2:12-CR-0363 TLN<br><br>STIPULATION AND ORDER RESETTING JUDGMENT AND SENTENCING TO OCTOBER 29, 2015 |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney TODD PICKLES, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant LIGIA SANDOVAL SPAFFORD, that the current date scheduled for July 30, 2015, be vacated and the matter be continued to this Court's criminal calendar on October 29, 2015, at 9:30 a.m. for judgment and sentencing. The briefing schedule will be amended as follows:

2. Judgment and Sentencing Date:     October 29, 2015

3. Reply, or Statement of Non-Opposition:     October 22, 2015

4. Motion for Correction of the Report shall be filed with the Court and served on Probation and opposing Counsel no later than:     October 15, 2015

5. Report shall be filed with the Court     October 8, 2015

6. Counsels written objections to Probation     October 1, 2015

IT IS SO STIPULATED.

Stipulation and Order Continuing J&S     1

| | |
|---|---|
| Dated: June 19, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | /s/ Todd Pickles<br>TODD PICKLES<br>Assistant United States Attorney |
| | |
| Dated: June 19, 2015 | /s/  Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Ligia Spafford Sandoval |

**ORDER**

IT IS SO FOUND AND ORDERED this 19th day of June, 2015.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S                 2