Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
Ligia Sandoval Spafford

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LIGIA SANDOVAL SPAFFORD,<br>　　　　　　　　Defendant. | CASE NO. 2:12-CR-0363 TLN<br><br>STIPULATION AND ORDER RESETTING JUDGMENT AND SENTENCING TO MARCH 3, 2016 |

**STIPULATION**

1.　　It is hereby stipulated by and between Assistant United States Attorney TODD PICKLES, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant LIGIA SANDOVAL SPAFFORD, that the current date scheduled for October 29, 2015, be vacated and the matter be continued to this Court's criminal calendar on March 3, 2016. at 9:30 a.m. for judgment and sentencing. Probation has been notified of the new date.

　　　　IT IS SO STIPULATED.


Dated: October 26, 2015　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　 /s/ Todd Pickles
　　　　　　　　　　　　　　　　　　　　　　TODD PICKLES
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Stipulation and Order Continuing J&S　　　　　1

Dated: October 26, 2015        /s/   Dina L. Santos
                               DINA SANTOS, ESQ.
                               Attorney for Ligia Spafford Sandoval

**ORDER**

IT IS SO FOUND AND ORDERED this 26th day of October, 2015.

Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S          2